PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| STEPHEN RANKIN, etc., ) | |
| ) | CASE NO. 5:20CV0436 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| INCEPT CORPORATION, *et al.*, ) | |
| ) | |
| Defendants. ) | **ORDER OF DISMISSAL** |

The Court was informed by the Minute Order (ECF No. 25), dated August 11, 2020, that the parties settled this case at the mediation conference conducted by Magistrate Judge Kathleen B. Burke. Therefore, the docket shall be marked "settled and dismissed without prejudice."

On or before September 10, 2020, the parties shall submit a proposed and executed Stipulation of Dismissal with Prejudice, which, if approved, shall supersede this order.

IT IS SO ORDERED.

| | |
|---|---|
| August 12, 2020 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |